UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JOHNATHAN C. WALSH,<br>         Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 1:17cv00009<br>) |
| NANCY A. BERRYHILL,<br>Acting Commissioner<br>of Social Security,<br>         Defendant. | )<br>)<br>)<br>)<br>) |

## **JUDGMENT ORDER**

The court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ENTERED:** September 18, 2017.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE